**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 4, 2008**

**Letter Order**

Ms. Althea Anderson
701 Green Mountain Drive
# 703
Little Rock, AR 72211
*Pro Se*

    Re:    *Anderson v. Hilton Inn* - 4:07-CV-01217-WRW

Dear Ms. Anderson:

On January 28, 2008, you filed a Motion to Appoint Counsel (Doc. No. 14), and Defendant filed a Motion to Dismiss (Doc. No. 13). I am currently considering both motions.

Based on the record, it appears that the reason the EEOC right to sue letter, mailed July 5, 2007, was returned to the EEOC on August 22, 2007, is that you no longer resided at the addressed you provided on your EEOC Charge of Discrimination.[1]

Please submit, by 5:00 p.m. on Friday, February 22, 2008, documentation showing that in July, 2007, you lived at the address you provided on the EEOC Charge of Discrimination you filed against Defendant on February 27, 2007, or provide documentation showing that you gave the EEOC your forwarding address when you moved.

                                                                                     Cordially,

                                                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:        Counsel of Record

---

[1] Doc. Nos. 2, 12.