IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALTHEA A. ANDERSON                                                                            PLAINTIFF

vs                                            4:07CV01217-WRW

HILTON INN                                                                                          DEFENDANT

## ORDER

Pursuant to the Defendant's Motion to Dismiss, it appears the defendant is incorrectly named. The Clerk is directed to change the name of the defendant to:

    HLR, LLC d/b/a The Hilton Little Rock

IT IS SO ORDERED this 5th day of February, 2008.

                                              AT THE DIRECTION OF THE COURT
                                                   JAMES McCORMACK, CLERK


                                                     /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd