**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALTHEA ANDERSON**                                                                   **PLAINTIFF**

**v.**                                             **4:07-CV-01217-WRW**

**HLR, LLC d/b/a HILTON
LITTLE ROCK**                                                                         **DEFENDANT**

## ORDER

A February 4, 2008, Letter Order addressed to Plaintiff reads:

Please submit, by 5:00 p.m. on Friday, February 22, 2008, documentation showing that in July, 2007, you lived at the address you provided on the EEOC Charge of Discrimination you filed against Defendant on February 27, 2007, or provide documentation that you gave the EEOC your forwarding address when you moved.[1]

Plaintiff did not comply with the February 4, 2008, Order.

Another Order, dated February 26, 2008, directed Plaintiff to submit by 5:00 p.m. on Monday, March 3, 2008, the information requested in the February 4 Order, or the case would be dismissed for failure to prosecute.[2] Plaintiff has not complied with the February 26, 2008, Order.

Accordingly, this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Defendant's Motion to Dismiss (Doc. No. 12) and Plaintiff's Motion to Appoint Counsel (Doc. No. 14) are MOOT.

IT IS SO ORDERED this 4th day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.

[2] Doc. No. 22.